# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**MICHAEL LIGHTFOOT,**
**Petitioner,**            )
                           )
                           )
      vs.            )     Case Number:  **10-2225**
                           )
                           )
**MARCUS HARDY,**
**Respondent.**            )

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus §2254 is denied. Case terminated.

**Dated:** June 24, 2011

                      s/ Pamela E. Robinson
                      Pamela E. Robinson
                      Clerk, U.S. District Court